UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/10

COMPASS LEXECON LLC,

                Plaintiff,

09 CIVIL 7849 (JSR)

-against-

**JUDGMENT**

GIRARDI AND KEESE,

                Defendants.
-----------------------------------------------------------X

Whereas by letter dated June 7, 2010, the parties having advised the Court that this matter has settled, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on June 12, 2010, having rendered its Memo Endorsed Order directing the Clerk to enter judgment dismissing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated June 12, 2010, the case is dismissed.

**Dated:** New York, New York
           June 15, 2010

                                                  **RUBY J. KRAJICK**

                                                  Clerk of Court

                         **BY:**

                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____